**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**KAHAMA VI, LLC,**

    **Plaintiff,**

v.                                                         Case No.  8:11-cv-2029-T-30TBM

**HJH LLC, et al.,**

    **Defendants.**

_____/

**ORDER**

THIS CAUSE comes before the Court upon Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Dkt. #23), and Plaintiff's Response (Dkt. #26).  Upon reviewing the motion, response, and hearing the parties' oral arguments on the motion, the Court concludes that the motion should be denied.

It is therefore **ORDERED AND ADJUDGED** that:

1.     Defendants' Motion to Dismiss (Dkt. #23) is hereby **DENIED.**

2.     This Court is aware of a parallel proceeding taking place in state court in Volusia County, Florida.  Count II of the plaintiff's complaint in the state court action seeks damages for failure to pay on a promissory note, the same note at issue in the instant case. If the state court plaintiff dismisses count II of the state court complaint, this Court will allow the instant action to proceed; if not, this Court will dismiss this action.

3.	The parties shall file a status report within thirty (30) days from the date of this Order, informing this Court whether count II of the state court complaint has been dismissed.

**DONE** and **ORDERED** in Tampa, Florida on June 27, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2011\11-cv-2029.mtd.frm