**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

KAHAMA VI, LLC,

    Plaintiff,

v.                                                     Case No: 8:11-cv-2029-T-30TBM

HJH, LLC, *et.al.,*

    Defendants.

---

## ORDER

THIS CAUSE comes before the Court upon the Plaintiff's Motion to Strike/Disregard Responses of Defendant Howard S. Marks to Motion for Summary Judgment and to Strike/Disregard Appellant Brief (Dkt. #365). Upon review and consideration, it is the Court's conclusion that the Motion should be denied.

Plaintiff, Kahama VI, LLC has one remaining count in its Third Amended Complaint against Defendant Howard S. Marks for fraudulent transfer (Count VIII). Marks filed a Motion for Summary Judgment regarding that claim (Dkt. #209). Nonetheless, Marks also filed a response to Kahama's Motion for Summary Judgment against HJH, LLC, and its guarantors (the "Motion") for Counts I, II, and III of the Third Amended Complaint (Dkt. #359). Marks states that he responded to the Motion because Kahama makes "improper implications, misstatements and allegations as to Marks." Marks also filed a separate document labeled "Objections" to the Motion based on Kahama's request

for judicial notice (Dkt. # 360) and a copy of the Initial Appellate Brief in the separate but related Quiet Title Action (Dkt. # 341).

Marks states that he filed the Initial Appellate Brief in response to Kahama's claims that the Quiet Title Action was dismissed in its Motion for Summary Judgment and other pleadings. Therefore, the Court will construe the filing as being in support of his Response in Opposition to the Motion.   The Court also denies the request to strike Marks' Response in Opposition to the Motion. The cases upon which Plaintiff relies are distinguishable from this case since they all involve one defendant responding to a summary judgment motion filed by another defendant. As to the request to strike Marks' Objections, the Court denies that request and refers Plaintiff to its Order dated July 28, 2014, (Dkt. # 340).

On the basis of the foregoing, it is the Court's conclusion that the Motion should be denied. It is therefore

ORDERED AND ADJUDGED that Plaintiff's Motion to Strike/Disregard Responses of Defendant Howard S. Marks to Motion for Summary Judgment and to Strike/Disregard Appellant Brief (Dkt. #365) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida, this 17th day of September, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2011\11-cv-2029 m to strike 365.docx