UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KAHAMA VI, LLC,

    Plaintiff,

v.   Case No: 8:11-cv-2029-T-30TBM

HJH, LLC, *et.al.*,

    Defendants.

## ORDER

THIS CAUSE comes before the Court upon the Plaintiff's Motion for Clarification and/or Reconsideration; and/or to Alter/Amend the Court's Order to Provide for Trial of Count VIII of the Third Amended Complaint as to Defendants McMillan and HJH (Dkt. #384). Plaintiff moved for summary judgment against the HJH Defendants seeking disposition of its claims in Counts I-III of its Third Amended Complaint. In the Order Denying Plaintiff's Amended Motion for Summary Judgment against the HJH Defendants (Dkt. # 376), the Court limited the issues for trial purposes to the dispute regarding the oral agreement to forbear foreclosure. The Court entered separate orders granting summary judgment as to Plaintiff's claims in Count VIII against Defendants Donaghy and Marks. (Dkts. #377 and 378).

Plaintiff's claims against the HJH Defendants in Count VIII remain. Plaintiff has notified the Court that it is withdrawing its claims in Count VIII against Defendants Riveiro and Bahng, but it intends to proceed against Defendants McMillan and HJH.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion for Clarification and/or Reconsideration; and/or to Alter/Amend the Court's Order to Provide for Trial of Count VIII of the Third Amended Complaint as to Defendants McMillan and HJH (Dkt. #384) is GRANTED.

2. The Order Denying Plaintiff's Amended Motion for Summary Judgment against the HJH Defendants (Dkt # 376) is amended to the extent that the trial set in November 2014 shall also include Plaintiff's claims in Count VIII of its Third Amended Complaint against Defendants Robert E.W. McMillan, III and HJH, LLC.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of September, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to</u>:
Counsel/Parties of Record

S:\Odd\2011\11-cv-2029 clarification 384.docx