**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

KAHAMA VI, LLC,

      Plaintiff,

v.                                        Case No: 8:11-cv-2029-T-30TBM

HJH, LLC, *et. al.*,

      Defendants.

_____

**ORDER**

THIS CAUSE comes before the Court upon the Plaintiff's Motion for Sanctions, to Strike the Answer, Motion and Response of and For Default Judgment Against Defendant Bahng Due to His Violation of the Court's Orders (Dkt. #370) and Defendant's Response in Opposition to the Motion (Dkt. #386). Upon review and consideration, it is the Court's conclusion that the Motion should be denied.

Plaintiff previously filed a similar motion for contempt and sanctions on March 7, 2014, (Dkt. #261). In that Motion, Plaintiff requested sanctions including a default judgment against Bahng. The Court held a hearing on the Motion and concluded that Bahng was in contempt of this Court's orders. The Court entered a Contempt Order, but did not order the sanctions requested by Plaintiff. *See* Dkt. #344.

Plaintiff's current Motion requests sanctions on the same basis as the previous Motion, in addition to Bahng's failure to abide by the Contempt Order.  In support of its Motion, Plaintiff filed the Affidavit of Roger Hoss who verifies that "the matters set forth in the attached Motion…are true and correct."  Plaintiff requests that the Court strike

Bahng's Answer, his Motion to Withdraw Admissions, and his Response in Opposition to the Motion for Summary Judgment. It further requests a default judgment against Bahng. The Contempt Order provided that the Court would issue an arrest warrant in the event Bahng did not pay the past dues taxes or report to the United States Marshal's Office by August 20, 2014.

Bahng's Motion to Withdraw Admissions (Dkt. #354) and Response in Opposition to Plaintiff's Amended Motion for Summary Judgment (Dkt. #355) are no longer at issue given the Court's recent rulings. *See* Dkts. # 376 and 380. The Court has already determined Bahng's liability under the Note and Guaranties and has limited the November trial to the disputed oral agreement to forbear foreclosure, the fraudulent transfer claim as to HJH and McMillan, and the amount of damages if the Court finds in favor of Plaintiff. *See* Dkts. # 36 and 385. Therefore, the Court concludes that the Motion should be denied as to the relief requested.

It is therefore ORDERED AND ADJUDGED that Plaintiff's Motion for Sanctions, to Strike the Answer, Motion and response of and For Default Judgment Against Defendant Bahng Due to His Violation of the Court's Orders (Dkt. #370) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida, this 24th day of September, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2011\11-cv-2029 sanctions 386.docx