# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

KAHAMA VI, LLC,

    Plaintiff,

v.                                        Case No: 8:11-cv-2029-T-30TBM

HJH, LLC, *et.al*.,

    Defendants.

## ORDER

THIS CAUSE came before the Court for a hearing on October 30, 2014, on the Court's Order to Show Cause. This Court entered an Order of Contempt against John Bahng (Dkt. #344) which sentenced him to imprisonment for 179 days and directed him to report to the United States Marshal's Office on August 20, 2014, to begin serving his sentence. The Order permitted Mr. Bahng to purge himself of this Court's contempt by paying $22,945 in accordance with this Court's September 18, 2013 Order (Dkt. #139) (plus interest accruing at the federal statutory rate from the date of this Order), before August 20, 2014, or, once he is imprisoned, at any time thereafter before he completes his sentence. The Order also warned Mr. Bahng that if he failed to report to the United States Marshal's Office on August 20, 2014, or purge himself of contempt, this Court would issue an arrest warrant directing his arrest by the United States Marshal. Mr. Bahng did not report to the United States Marshal's Office on August 20, 2014 nor did he purge himself of contempt.

The Court entered an Order directing Mr. Bahng to appear and show cause why the Court should not hold him in contempt and scheduled a hearing for October 30, 2014, at 9:00 a.m. (Dkt. # 390). Mr. Bahng failed to appear at the hearing. Therefore, the Court will grant Plaintiff's request to sanction Mr. Bahng and issue an arrest warrant pursuant to the Order of Contempt (Dkt. #344).

Accordingly, it is therefore ORDERED AND ADJUDGED that:

1. The Clerk of Court is directed to issue a warrant of arrest directing the arrest of John Bahng by the United States Marshal.

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of November, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to</u>:
Counsel/Parties of Record
U.S. Marshal Service

S:\Odd\2011\11-cv-2029 warrant of arrest.docx