# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

KAHAMA VI, LLC,

    Plaintiff,

v.                                          Case No: 8:11-cv-2029-T-30TBM

HJH, LLC, ROBERT E.W. MCMILLAN, III, WILLIAM R. RIVEIRO, JOHN BAHNG, HOWARD S. MARKS, OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY and KEVIN PATRICK DONAGHY,

    Defendants.

## **ORDER**

THIS CAUSE came before the Court for hearing on the Defendant Old Republic National Title Insurance Company's Motion to Compel Discovery from Plaintiff and Plaintiff's Affiliate, Non-Party Landmark Equity Fund I, LLC (Dkt. #399) and Plaintiff's Response in Opposition to the Motion (Dkt. #419). Having heard argument from counsel and being otherwise advised of the premises, it is therefore

ORDERED AND ADJUDGED that:

1. Defendant Old Republic National Title Insurance Company's Motion to Compel Discovery from Plaintiff and Plaintiff's Affiliate, Non-Party Landmark Equity Fund I, LLC (Dkt. #399) is GRANTED.

2. Plaintiff, Kahama VI, LLC is ordered to tender the requested documents within five (5) days from the date of this Order.

3. Defendant Old Republic is ordered to tender communications between it and the City of New Smyrna Beach, Florida and Volusia County, Florida upon receipt of a written discovery request from Plaintiff.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of November, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2011\11-cv-2029 motion to compel 399.docx

2