UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KAHAMA VI, LLC

    Plaintiff,

v.                                          Case No. 8:11-CV-2029-T-30TBM

HJH, LLC, et al.,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon the Motion to Quash and Withdraw Arrest Warrant and Other Relief (Dkt. #432), Plaintiff's Response to Motion to Quash Arrest Warrant and Cross Motion for Sanctions/Contempt against the HJH Defendants and their Counsel (Dkt. # 439). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.    The Motion to Quash and Withdraw Arrest Warrant and Other Relief (Dkt. #432) is GRANTED.

2.    JOHN BOSUNG BAHNG shall immediately deposit $22,977.13 into the Court's registry.

3.    Once the monies have been deposited into the Court's registry, the United States Marshal is directed to rescind the warrant to arrest JOHN BOSUNG BAHNG in this case.

4.     Thereafter, the arrest warrant (Dkt. #409) issued pursuant to this Court's Order (Dkt. #408) is deemed withdrawn.

5.     Plaintiff's Cross Motion for Sanctions/Contempt against the HJH Defendants and Their Counsel (Dkt. #439) is DENIED.

DONE AND ORDERED at Tampa, Florida on this 4th day of December, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record
United States Marshal

S:\Odd\2011\11-cv-2029 rescind arrest.docx