UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KAHAMA VI, LLC,

    Plaintiff,

v.

HJH LLC; ROBERT E. W. MCMILLAN, III;
WILLIAM R. RIVEIRO; JOHN BAHNG;
HOWARD S. MARKS; KEVIN P. DONAGHY;
and OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY

    Defendants.

Case No: 8:11-CV-02029-JSM-TBM

## DECLARATION OF JAMES D. PARTIN IN SUPPORT OF DEFENDANT OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

STATE OF FLORIDA

COUNTY OF DUVAL

My name is James D. Partin, and I make the following statements under penalty of perjury:

1. I am over 18 years of age and have personal knowledge of all facts in this affidavit.

2. I am currently employed as 1st Vice President - Senior Claims Counsel for Old Republic National Title Insurance Company ("Old Republic"). I have been employed with Old Republic for over six years managing complex title insurance claims, and have supervised the claims at issue in this action since November of 2013.

3. In the regular performance of my job functions over the years, I have become familiar with Old Republic's title insurance policy documents created in the ordinary course and operation of Old Republic's business. Title insurance policies are issued at or near the time by, or from information provided by, persons with knowledge of the activity and transactions reflected in such records, and are regularly and routinely made and maintained in the ordinary course of Old Republic's records of its regularly conducted business activity. Included in those records are both transaction-specific policy documents, and the forms of policy Conditions and Stipulations as have been approved by the State of Florida Department of Financial Services, Office of Insurance Regulation for Old Republic's use in issuing title insurance policies.

4. Attached here as **Exhibit A** is a true and correct copy of the transaction-specific pages of the ALTA Owner's Policy 10-17-92 with Florida modifications (Policy No. SDC 610441) effective July 6, 2004 that was issued by Old Republic to HJH, LLC concerning the property at issue in this action.

5. Although I was unable to locate in Old Republic's file a copy of the original Owner's Policy "jacket" setting forth Old Republic's standard form Conditions and Stipulations to Old Republic's ALTA Owner's Policy 10-17-92 with Florida Modifications, as was approved by the State of Florida Department of Finance, Office of Insurance Regulation for owner's policies of title insurance issued by Old Republic in Florida in 2004 in the form in which it was actually attached to the Owner's Policy, I have attached hereto as **Exhibit B** a true and correct copy of the substance of those "Conditions and Stipulations," as were set forth in the jacket that was issued as a part of the Owner's Policy.

6. A true and correct copy of the Loan Policy (Policy No. MJB 699294), issued to Coquina Bank on July 9, 2004, including the policy jacket, is attached hereto as **Exhibit C**.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

THIS CONCLUDES MY DECLARATION.

Signed on 12-5-2014.

_____
James D. Partin

3