UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KAHAMA VI, LLC,

   Plaintiff,

v.                                     Case No: 8:11-cv-2029-T-30TBM

HJH, LLC, ROBERT E.W. MCMILLAN,
III, WILLIAM R. RIVEIRO, JOHN
BAHNG, HOWARD S. MARKS, OLD
REPUBLIC NATIONAL TITLE
INSURANCE COMPANY and KEVIN
PATRICK DONAGHY,

   Defendants.

## ORDER

This case came before the Court for a bench trial on November 13, 2014. After receiving testimony of witnesses and reviewing the documentary evidence, granting partial summary judgment to Plaintiff as to liability on the mortgage, notes, and guaranties, and denying the Defendant Robert E.W. McMillan, III's oral motion for directed verdict, the Court makes the following Findings of Fact and Conclusions of Law.

## FINDINGS OF FACT

1. Plaintiff has proven the amount past due on the mortgage, notes and guaranties is $2,354,716.82 which consists of principal in the amount of $1,289,921.55, interest through November 13, 2014, in the amount of $773,092.98 (accruing daily at the rate of $227.69);

real estate taxes paid by Kahama VI, LLC in the amount of $227,545.68, real estate taxes currently due in the amount of $64,156.61.

2. The Plaintiff and Defendant Robert E.W. McMillan, III did not enter into an oral agreement to forbear enforcement of the mortgage, notes, and guaranties.

3. McMillan received $100,000 from the City of New Smyrna Beach, Florida as part of a settlement agreement in the case styled *HJH, LLC v. Volusia County, Florida, et. al.*, Volusia County Circuit Court, Case No. 2008-20156-CINS-02. The settlement payment was deposited into HJH, LLC's corporate account. Mr. McMillan as a corporate representative of HJH, LLC made transfers from the corporate account to his personal account and made numerous payments to reimburse himself for costs associated with development of the property at issue in this case. As a result, Mr. McMillan was a potential creditor of HJH, LLC.

4. Plaintiff has incurred costs and attorney's fees in pursuing this action.

## CONCLUSIONS OF LAW

1. Plaintiff is entitled to a foreclosure judgment in the amount of $2,354,716.82 which consists of principal in the amount of $1,289,921.55, interest through November 13, 2014, in the amount of $773,092.98 (accruing daily at the rate of $227.69); real estate taxes paid by Kahama VI, LLC in the amount of $227,545.68, real estate taxes currently due in the amount of $64,156.61.

2. Plaintiff is entitled to costs and attorney's fees.

3. The Defendants did not meet their burden of proof regarding the affirmative defense of oral modification.

4.  Plaintiff did not meet its burden of proof as to its fraudulent transfer cause of action.

Upon due consideration and pursuant to the Court's Findings of Fact and Conclusions of Law, it is therefore **ORDERED AND ADJUDGED** that:

1.  Plaintiff is entitled to a Foreclosure Judgment in the amount of $2,354,716.82.

2.  The Court will enter a separate Foreclosure Judgment and Order of Sale.

3.  The Court will reserve jurisdiction to determine the amount of costs and attorney's fees and enter appropriate orders pursuant to 28 U.S.C. §§ 2001- 2002.

**DONE** and **ORDERED** in Tampa, Florida, this 9th day of December, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2011\11-cv-2029 final judgment.docx