**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

KAHAMA VI, LLC,

    Plaintiff,

v.                                                  Case No: 8:11-cv-2029-T-30TBM

HJH, LLC, *et. al.*

    Defendants.

---

## **ORDER**

This cause comes before the Court upon the Defendants' Motion for Miscellaneous Relief (Dkt. #434) and Plaintiff's Response to Motion for Private Sale and Cross Motion for Judgment (Dkt. #440), and Defendants' Motion To Strike (Dkt. #445). Defendants request that the Court permit Defendant Robert E.W. McMillan, III to market and sell the property in a private sale for a period of twelve months at a minimum price of $665,000. Plaintiff objects to the private sale, and requests that the Court enter a judgment on the Third Amended Complaint, order a public sale, and appoint a Special Master to conduct the sale. Defendants request that the Court strike Plaintiff's Cross Motions (Dkt. #439 and #440) due to their duplicative requests and failure to abide by Local Rule 3.01(g).

Upon review and consideration, it is therefore

**ORDERED AND ADJUDGED** that:

1. Defendants' Motion for Miscellaneous Relief (Dkt. #434) is GRANTED in part as more fully set forth in the Foreclosure Judgment and Order of Private Sale (Dkt. #467).

2. Plaintiff's Cross Motion for Sanctions and Contempt (Dkt. #439) is DENIED.

3. Plaintiff's Cross Motion for Judgment (Dkt. #440) is DENIED.

4. Defendants' Motion to Strike (Dkt. #445) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida, this 9th day of December, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2011\11-v-2029 439 440.docx