**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

KAHAMA VI, LLC,

    Plaintiff,

v.                                                       Case No: 8:11-cv-2029-T-30TBM

HJH, LLC, *et al*.,

    Defendants.

## ORDER

This case came before the Court on January 7, 2015, for a Pre-Trial Conference. The Court addressed the following motions: Defendant Old Republic National Title Insurance Company's Motion to Exclude Proposed Testimony of Plaintiff's Expert Witness, Real Estate Appraiser Ronald Crouse (Dkt. #478), Plaintiff's Motion in *Limine* as to Defendant Old Republic to Exclude Evidence of Defenses (Dkt. #480), Plaintiff's Motion as to Abatement of Case as to Count XII as to Defendant Old Republic (Dkt. #487) and Defendants' Motion for Miscellaneous Relief (Dkt. #489). Upon review and consideration, after hearing argument from counsel and otherwise being duly apprised of the premises, it is therefore

ORDERED AND ADJUDGED that:

1.     This case is abated as to Count XII against Old Republic National Title Insurance Company pending the appeal of the Quiet Title Action in the case styled

*HJH, LLC v. Volusia County, Florida, et al.*, Volusia County Circuit Court Case No. 2008-20156-CINS-02.

2.  Plaintiff's Motion as to Abatement of Case as to Count XII as to Defendant Old Republic (Dkt. #487) is GRANTED.

3.  Defendants' Motion for Miscellaneous Relief (Dkt. #489) is GRANTED. The Court will enter an Amended Foreclosure Judgment ordering a public sale of the Property.

4.  All pending motions are terminated without prejudice to raise the arguments therein once Count XII is re-opened. The Clerk of Court is directed to administratively close this case.

5.  Plaintiff or Defendant Old Republic National Title Insurance Company shall file a notice with the Court within ten (10) days of a final determination in the aforementioned appeal notifying the Court as to the result. Upon filing of the notice, the Court will re-open the case and reschedule the Pre-Trial Conference, if appropriate.

**DONE** and **ORDERED** in Tampa, Florida, this 8th day of January, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2011\11-cv-2029 ptc.docx