# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

KAHAMA VI, LLC,

    Plaintiff,

v.                                                                                        Case No: 8:11-cv-2029-T-30TBM

HJH, LLC, *et al*,

    Defendants.

## ORDER

THIS CAUSE comes before the Court upon the Defendant Old Republic National Title Insurance Company's Notice of Final Determination in State Court Appeal (Dkt. # 498). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1.     The Clerk of Court is directed to re-open this case.

2.     The parties shall file a joint status report within fourteen (14) days from the date of this Order describing the issues remaining for the Court's consideration in Count XII of Plaintiff's Third Amended Complaint against Old Republic National Title Insurance Company, including the parties' likelihood of resolving the matters at mediation.

**DONE** and **ORDERED** in Tampa, Florida, this 11th day of August, 2015.

                                                            JAMES S. MOODY, JR.
                                                             UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record