UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KAHAMA VI, LLC,

    Plaintiff,

v.                                               Case No: 8:11-cv-2029-T-30TBM

HJH, LLC, ROBERT E.W. MCMILLAN,
III, WILLIAM R. RIVEIRO, JOHN
BAHNG, HOWARD S. MARKS, OLD
REPUBLIC NATIONAL TITLE
INSURANCE COMPANY and KEVIN
PATRICK DONAGHY,

    Defendants.

## ORDER

THIS CAUSE comes before the Court on Defendant Old Republic National Title Insurance Company's Unopposed Motion for Enlargement of Time to File Joint Status Report (Dkt. #502). By order of this Court on January 8, 2015 (Dkt. 490), this case was abated pending the appeal of the Quiet Title Action in the case styled *HJH, LLC v. Volusia County, Florida, et al.,* Volusia County Circuit Court Case No. 2008-20156-CINS-02. The Appellee in that case, Volusia County, now seeks discretionary review by the Florida Supreme Court. Old Republic therefore asks the Court to grant an extension until the earliest among the following dates: a) November 16, 2015; or b) a date fourteen (14) days after the expiration of any time for rehearing or reconsideration following the Florida Supreme Court's decision that: 1) it has and will accept jurisdiction in the case; 2) it has

but declines to exercise jurisdiction in the case; 3) it does not have jurisdiction; or 4) it will postpone its decision on jurisdiction until after submission of briefing on the merits. Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. Defendant Old Republic National Title Insurance Company's Motion for Enlargement of Time to File Joint Status Report (Dkt. #502) is GRANTED in part.

2. The parties shall file a Joint Status Report on OCTOBER 1, 2015, and on the first day of each month thereafter, until such time as the Florida Supreme Court decides whether it will exercise its discretionary review, after which Plaintiff or Defendant Old Republic shall file a notice with the Court within ten (10) of a final determination in the aforementioned appeal notifying the Court as to the result.

**DONE** and **ORDERED** in Tampa, Florida, this 11th day of September, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2011\11-cv-2029 extend time 502.docx