UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No: 8:11-CV-02029-JSM-TBM

KAHAMA VI, LLC,

    Plaintiff,

v.

HJH LLC; ROBERT E. W. MCMILLAN, III;
WILLIAM R. RIVEIRO; JOHN BAHNG;
HOWARD S. MARKS; KEVIN P. DONAGHY;
and OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY

    Defendants.

**DEFENDANT OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY'S RESPONSE TO PLAINTIFF'S MOTION TO CONFIRM FORECLOSURE SALE**

Defendant Old Republic National Title Insurance Company ("Old Republic"), through its undersigned counsel, and pursuant to the Court's Order [Dkt. 625] directing Old Republic to file a response to Plaintiff's Motion to Confirm Foreclosure Sale, Certificate of Title, Writ of Possession, and Related Relief [Dkt. 624], states that Old Republic and plaintiff Kahama VI, LLC have settled all matters remaining between them in connection with this action, and Old Republic takes no position concerning Plaintiff's pending motion.

/s/ Beth A. Cronin

        BETH A. CRONIN/FBN 54933
        bcronin@trenam.com
        TRENAM, KEMKER, SCHARF, BARKIN,
          FRYE, O'NEILL & MULLIS, P.A.
        200 Central Ave., Suite 1600
        St. Petersburg, FL 33701
        Phone 727.896.7171/Fax 727.822.8048
        Attorneys for Defendant
         Old Republic National Title Insurance Company

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing has been filed via the Court's CM/ECF system, which will send an electronic copy of the foregoing and a notice of filing same via email to all persons listed on the attached service list this 12th day of January 2018.

        /s/ Beth A. Cronin
        Attorney

## **Service List**

Aaron Thalwitzer, Esq.
Gordon & Thalwitzer
257 N. Orlando Avenue
Cocoa Beach, FL 32931
(Aaron@brevardlegal.com; jbarlow@brevardlegal.com)

Kevin Patrick Donaghy, Esq.
Donaghy Law
195 Wekiva Springs Rd., Suite 224
Longwood, FL 32779-3696
(Kpdonaghy@gmail.com)

John Agliano, Esq.
Burr & Forman, LL
201 North Franklin Street, Suite 3200
Tampa, FL 3360
(jagliano@burr.com)

Howard S. Marks, Esq.
Jessica K. Hew, Esq.
Burr & Forman, LLP
200 South Orange Avenue, Suite 800
Orlando, FL 32801
(hmarks@burr.com) (jhew@burr.com)